

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUSSAIN MIRZA, an Individual, and
SHAMIM MIRZA, an Individual

                Plaintiffs,         08-CV-4153-SAS

      v.                          **STIPULATION AND ORDER**

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

                Defendants.

---

       IT IS HEREBY STIPULATED AND AGREED between counsel for the parties to the above-captioned action, plaintiffs Hussain Mirza and Shamim Mirza and defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline, that the time for defendant to move, plead or otherwise respond to plaintiffs' complaint is hereby extended from May 28, 2008, until 30 days following the transfer of this action to the Multidistrict Litigation entitled *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, Case No. 2:07-md-01871-CMR, currently pending before Judge Cynthia M. Rufe in the Eastern District of Pennsylvania (the "MDL"), or as otherwise ordered by Judge Rufe.

The parties have sought no previous extension of time in this matter.

DATED:    New York, New York
          May 22, 2008

_____
Catherine T. Heacox (CH 0195)
THE LANIER LAW FIRM PLLC
950 Third Avenue
New York, NY 10022

Attorneys for Plaintiffs Hussain Mirza
and Shamim Mirza

_____
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

Attorneys for Defendant
SmithKlineBeecham Corporation
d/b/a GlaxoSmithKline

SO ORDERED.

_____
U.S.D.J.

Dated: 6/2/08

- 2 -