Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 1 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 6 18 08

ATTEST: Tom Dennsey

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 29 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## IN RE: AVANDIA MARKETING, SALES PRACTICES AND
## PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

U.S. DISTRICT COURT
FILED
JUN 24 2008
S.D. OF N.Y.

## CONDITIONAL TRANSFER ORDER (CTO-19)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 151 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**                    MDL No. 1871

### SCHEDULE CTO-19 - TAG-ALONG ACTIONS

| <u>DIST.</u> <u>DIV.</u> <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|

**CALIFORNIA CENTRAL**
~~CAC   5   08-618~~          ~~Elva Ayala-Castro, et al. v. GlaxoSmithKline, et al.~~  Opposed 6/4/08

**MASSACHUSETTS**
MA   4   08-40092     Karen Pereira v. SmithKline Beecham Corp., et al.

**NEW YORK NORTHERN**
NYN   1   08-525     Leo Jette, et al. v. SmithKline Beecham Corp.

**NEW YORK SOUTHERN**
*SAS*   NYS   1   08-4153     Hussain Mirza, et al. v. SmithKline Beecham Corp.

**OKLAHOMA WESTERN**
OKW   5   08-457     Henrietta Dingal, etc. v. SmithKline Beecham Corp.

**PUERTO RICO**
PR   3   08-1543     Martty Martinez-Fraticelli v. SmithKline Beecham Corp., et al.

**TENNESSEE MIDDLE**
TNM   3   08-436     Mildred L. Coolman, et al. v. SmithKline Beecham Corp.

**TEXAS EASTERN**
TXE   1   08-261     Lana Gartner Williams, et al. v. SmithKline Beecham Corp.
TXE   4   08-171     Lisa Minkley v. SmithKline Beecham Corp.

**TEXAS SOUTHERN**
TXS   4   08-1305     Linda Louise Smith v. SmithKline Beecham Corp.
TXS   4   08-1518     Steven N. Goone v. SmithKline Beecham Corp.
TXS   4   08-1519     Mary Burger v. SmithKline Beecham Corp.
TXS   4   08-1520     Mary Ann Grattino v. SmithKline Beecham Corp.
TXS   4   08-1521     Emmerette H. Westley v. SmithKline Beecham Corp.
TXS   4   08-1522     Nita Laakman v. SmithKline Beecham Corp.
TXS   4   08-1524     Marva Norman, et al. v. SmithKline Beecham Corp.
TXS   4   08-1528     William Conklin v. SmithKline Beecham Corp.
TXS   4   08-1529     Walter T. Green v. SmithKline Beecham Corp.
TXS   4   08-1530     Wilburn Dean Daniels v. SmithKline Beecham Corp.
TXS   4   08-1531     Joseph David v. SmithKline Beecham Corp.
TXS   4   08-1533     Judith Alwawi v. SmithKline Beecham Corp.
TXS   4   08-1534     Pamela A. Antoine, etc. v. SmithKline Beecham Corp.